## CONSENT TO JOIN COLLECTIVE ACTION FORM

By signing below, I hereby consent to be a plaintiff in the case of *David Smith, et al. v. County of Suffolk*, 16 CV 02951 (JFB)(AYS).

I hereby designate Neil H. Greenberg & Associates, P.C. (Named Plaintiffs' Counsel) and other attorneys with whom they may associate to represent me for all purposes of this action.

I also designate Named Plaintiffs as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Named Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

9/2/16
Date

Signature: Alison B. LaVolpe

Print Name: Alison B. LaVolpe

Street Address: [redacted]

City, State, Zip Code: [redacted]

Telephone Number(s): [redacted]

E-mail Address: [redacted]

Start Date of Employment: 4/25/2005

End Date of Employment: current

**Complete and Mail, Fax or E-mail the Consent to Join Form to:**

**Neil H. Greenberg & Associates, P.C.**
*Attn: David Smith, et al. v. County of Suffolk*, 16 CV 02951 (JFB)(AYS)
4242 Merrick Road
Massapequa, New York 11758
Phone: (516) 228-5100
Fax: (516) 228-5106
E-Mail: nhglaw@nhglaw.com

**\*Statute of Limitations concerns mandate that you return this Consent to Join Form as soon as possible to preserve your rights.\***