

**534 BROADHOLLOW ROAD, SUITE 210**
**PO BOX 9034**
**MELVILLE, NY 11747-9034**
**(631) 694.2300 • FAX: (631) 694.2309**

SERVICE BY FAX, EMAIL OR OTHER FORMS OF
ELECTRONIC COMMUNICATION NOT ACCEPTED

**RICHARD K. ZUCKERMAN**
**PARTNER**

DIRECT DIAL: (631) 414.5808
DIRECT FAX: (631) 454.3846
RKZ@LAMBBARNOSKY.COM

March 18, 2020

**By Overnight Mail**

Justin Reilly, Esq.
Neil H. Greenberg & Associates, P.C.
4242 Merrick Road
Massapequa, NY 11758

> Re: Smith v. County of Suffolk
> Docket No. 16-CV-2951 (JFB)(AYS)

Dear Mr. Reilly:

As you know, we are co-counsel to Suffolk County. Enclosed for service is the County's Offer of Judgment pursuant to Fed. R. Civ. P. 68. Consistent with that Rule, in the event that the plaintiffs do not accept this offer by the end of business on April 2, 2020, the offer will be deemed withdrawn and of no further force or effect.

If you have any questions about it, please contact me.

Very truly yours,

Richard K. Zuckerman

RKZ/mjm
cc: Michael J. Petra, Esq.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

\-------------------------------------------------------------- X

DAVID SMITH, DAWN RUGGIERO, and      Docket No. 16-CV-2951
JODI PAGEL, Individually, and on behalf of all      (JFB)(AYS)
others similarly situated,

                           **OFFER OF JUDGMENT**
             Plaintiffs,              **PURSUANT TO FED. R.**
                           **CIV. P. 68**

       -against-

COUNTY OF SUFFOLK,

               Defendant.
\-------------------------------------------------------------- X

TO:     Justin M. Reilly, Esq.
        NEIL H. GREENBERG & ASSOCIATES, P.C.
        Attorneys for Plaintiff
        4242 Merrick Road
        Massapequa, New York 11758

       **PLEASE TAKE NOTICE** that the above-named defendants, pursuant to Federal Rule

of Civil Procedure 68, hereby offer to allow judgment to be entered against them in the amount

of $400,000, to be paid by the defendant in full and final resolution of all claims and issues

raised in plaintiffs' complaint and asserted against the defendant, including but not limited to

attorneys' fees and costs accrued through the date of plaintiffs' acceptance of this offer. This

offer is not to be construed as any admission of fault on the part of the defendant.

Dated: Melville, New York
        March 18, 2020

                                   LAMB & BARNOSKY, LLP

              By:                                                              
                                    Richard K. Zuckerman
                                    Matthew J. Mehnert
                                    Attorneys for Defendant County of Suffolk
                                    534 Broadhollow Road, Ste. 210
                                    P.O. Box 9034
                                    Melville, New York 11747-9034
                                    (631) 414-5808

Lynne Bizzarro, Esq.
Suffolk County Law Department
Attorneys for Defendant County of Suffolk
H. Lee Dennison Building
100 Veterans Memorial Highway
Hauppauge, New York 11788
(631) 853-4049

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DAVID SMITH, DAWN RUGGIERO, and JODI PAGEL,                    16-CV-2951 (ENV)(AYS)
Individually, and on behalf of all others similarly situated,

                              Plaintiffs,

        -against-

COUNTY OF SUFFOLK,

                              Defendant.
-------------------------------------------------------------------X

## PLAINTIFFS' ACCEPTANCE OF DEFENDANT'S RULE 68 OFFER OF JUDGMENT

I, David Smith, hereby accept Defendant County of Suffolk's Rule 68 Offer of Judgment

attached hereto.

Dated: March 23, 2020

                              _____
                              DAVID SMITH

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DAVID SMITH, DAWN RUGGIERO, and JODI PAGEL,           16-CV-2951 (ENV)
(AYS)
Individually, and on behalf of all others similarly situated,

                              Plaintiffs,

              -against-

COUNTY OF SUFFOLK,

                              Defendant.
-------------------------------------------------------------------X

### PLAINTIFFS' ACCEPTANCE OF DEFENDANT'S RULE 68 OFFER OF JUDGMENT

I, Dawn Ruggiero, hereby accept Defendant County of Suffolk's Rule 68 Offer of

Judgment attached hereto.

Dated: March 23, 2020

_____
DAWN RUGGIERO

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
DAVID SMITH, DAWN RUGGIERO, and JODI PAGEL,
Individually, and on behalf of all others similarly situated,

16-CV-2951 (ENV)(AYS)

                Plaintiffs,

    -against-

COUNTY OF SUFFOLK,

              Defendant.
--------------------------------------------------------------X

# PLAINTIFFS' ACCEPTANCE OF DEFENDANT'S RULE 68 OFFER OF JUDGMENT

I, Jodi Pagel, hereby accept Defendant County of Suffolk's Rule 68 Offer of Judgment

attached hereto.

Dated: March 23, 2020

                                     JODI PAGEL